UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DAVID KUTRIP, )
)
        Plaintiff, )
)
  vs. ) No. 4:05-CV-358 CEJ
)
CITY OF ST. LOUIS, et al., )
)
        Defendants. )

### ORDER

On December 12, 2006, plaintiff David Kutrip hand-delivered to the Court a communication regarding his case. The Court construes the communication as a motion for appointment of new counsel. The communication contains privileged material, including correspondence between Kutrip and his attorney. The Court will thus direct the Clerk of Court to file the communication under seal.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall docket the communication as a motion for appointment of new counsel, file the motion under seal, and mail a copy of the motion to plaintiff's current counsel.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 15th day of December, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com