UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID KUTRIP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:05-CV-358 CEJ |
| ) | |
| CITY OF ST. LOUIS, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

On January 5, 2007, plaintiff David Kutrip filed his response in opposition to defendants' motion for summary judgment. The supporting documents (Exhibits 11, 14, and 18) contain birth dates and social security numbers of parties. Pursuant to the E-Government Act of 2002, as amended, the policies of the Judicial Conference of the United States, and the Administrative Order of this Court, such personal identifiers must be redacted in publicly-filed documents. See In re Business of the Court: Redaction of Personal Identifiers, Administrative Order (E.D. Mo. Oct. 8, 2004). A copy of the order may be found at the Court's website: **www.moed.uscourts.gov**.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall immediately disable the links in the CM/ECF system to plaintiff's response in opposition [#68] to defendant's motion for summary judgment.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

**IT IS FURTHER ORDERED** that plaintiff shall have until **January 29, 2007**, in which to re-file Exhibits 11, 14, and 18, redacted in compliance with the Administrative Order of October 8, 2004.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of January, 2007.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com