UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID KUTRIP, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:05-CV-358 CEJ ) |
| CITY OF ST. LOUIS, et al., | ) ) |
| Defendants. | ) |

### ORDER

Plaintiff David Kutrip, who is represented by appointed counsel, has hand-delivered three communications regarding his case to the Court, on January 12, January 18, and January 19, 2007. These communications contain documents relating to plaintiff's Social Security disability benefits, copies of pleadings which had already been filed by plaintiff's attorney, and communications between plaintiff and his attorney.

The Court considers all of these *ex parte* communications by plaintiff to be inappropriate. The plaintiff is represented by an attorney in this case, and all communication with the Court on plaintiff's behalf should be done by his attorney. In order to make clear the acceptable means by which plaintiff may communicate with the Court,

**IT IS HEREBY ORDERED** that the following shall govern all future communications between the parties and the Court:

1. The plaintiff is prohibited from engaging in any further *ex parte* communications with the Court.

2. The plaintiff and counsel for the defendants shall not communicate with the Court by calling chambers, except

>    (a) when directed by the Court to do so or (b) in circumstances in which no other means of communication is available, accessible, or practicable.
>
> 3. All telephonic communications with chambers shall be by way of conference call in which counsel for the plaintiff and counsel for the defendants participate.
>
> 4. Plaintiff shall not appear in person in chambers to attempt to communicate with the Court.
>
> 5. All written communications from plaintiff to the Court must be submitted by plaintiff's attorney on his behalf. The Court will not accept communications submitted directly by plaintiff to the Court.

**IT IS FURTHER ORDERED** that the Clerk shall docket the communications of January 12, January 18, and January 19, 2007, to maintain the clarity of administrative records, but shall immediately thereafter disable all links to the communications.

_/s/ Carol E. Jackson_
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 29th day of January, 2007.