UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DAVID KUTRIP,                      )
                                   )
          Plaintiff,               )
                                   )
     vs.                           )          No. 4:05-CV-358 CEJ
                                   )
CITY OF ST. LOUIS, et al.,         )
                                   )
          Defendants.              )


**ORDER**

On February 13, 2007, defendant Correctional Medical Services filed a reply in support of its motion for summary judgment. The supporting documents (Exhibits A1-A4) contain birth dates and social security numbers of parties. Pursuant to the E-Government Act of 2002, as amended, the policies of the Judicial Conference of the United States, and the Administrative Order of this Court, such personal identifiers must be redacted in publicly-filed documents. See In re Business of the Court: Redaction of Personal Identifiers, Administrative Order (E.D. Mo. Oct. 8, 2004). A copy of the order may be found at the Court's website: **www.moed.uscourts.gov**.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall immediately disable the links in the CM/ECF system to defendant Correctional Medical Services' reply in support of its motion for summary judgment[#89].

**IT IS FURTHER ORDERED** that defendant Correctional Medical Services shall have five days from the date of this order in which

to re-file the reply in support of the motion for summary judgment,
redacted in compliance with the Administrative Order of October 8,
2004.


_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 20th day of February, 2007.