```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                       EASTERN DIVISION
```

DAVID KUTRIP,                     )
                                  )
        Plaintiff,        )
                                  )
    vs.                         )     No. 4:05-CV-358 CEJ
                                  )
CITY OF ST. LOUIS, et al.,        )
                                  )
        Defendants.       )

### ORDER

This matter is before the Court on defendants' motions to strike plaintiff's expert witness, Thomas Adams, O.D.

**IT IS HEREBY ORDERED** that this matter is set for a status conference and hearing on the motions on **April 5, 2007,** at **11:00 a.m.**

                                _____
                                CAROL E. JACKSON
                                UNITED STATES DISTRICT JUDGE

Dated this 26th day of March, 2007.